# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANGELA COLLADO,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:06-cv-43-Orl-22KRS**

**H & H CLEANING SERVICES, INC., and**
**RITA S. HARSHMAN,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Stipulation for Final Order of Dismissal With Prejudice (Doc. No. 16) filed on March 8, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 5, 2006 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Stipulation for Final Order of Dismissal With Prejudice (Doc. No. 16) is hereby **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**.

    4.     The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 25, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record